IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA AND GLAXOSMITHKLINE LLC, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 23-831-MN |
| v. | ) ) **JURY TRIAL DEMANDED** |
| PFIZER INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (collectively "GSK") and Defendant Pfizer Inc. ("Pfizer") hereby stipulate that GSK's claims in the above-captioned action are hereby dismissed with prejudice, and Pfizer's counterclaims in the above-captioned action are hereby dismissed with prejudice. Each side shall bear its own costs, expenses, and attorneys' fees.

*/s/ Sara M. Metzler*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline, LLC*

Dated: April 3, 2025

*/s/ Megan E. Dellinger*
Jeremy Tigan (#5239)
Megan E. Dellinger (#5739)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant Pfizer Inc.*

**SO ORDERED** this 4th day of April 2025.

_____
**The Honorable Maryellen Noreika**
**United States District Judge**